No. 33, Misc. WHITED v. NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *H. G. Hamilton,* Assistant Attorney General, for respondent.

No. 34, Misc. ALMEIDA v. RUNDLE, WARDEN. C. A. 3d Cir. Certiorari denied. *Herbert G. Keene, Jr.,* for petitioner. *Michael J. Rotko* and *Arlen Specter* for respondent.

No. 35, Misc. BOYD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Charles W. Tessmer* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.

No. 36, Misc. KING v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Deputy Attorney General, for respondent.

No. 37, Misc. HANKS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Kenneth K. Simon* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 38, Misc. SALAS ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.